JESSE S. KAPLAN CSB# 103726
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA   95608
(916) 488-3030
(916) 489-9297 fax

Attorney for Plaintiff
SVETLANA DIRINA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SVETLANA DIRINA, | No.  2:06-CV-00303-DFL-DAD |
| Plaintiff, | |
| v. | APPLICATION AND ORDER TO EXTEND TIME FOR SERVICE |
| SIMPLY-B BOTANICALS, SIMPLY-B BOTANICALS, INC., KIM TILLEY aka KIMBERLY LYNN TILLEY, RONALD N. TILLEY, S.W. BRYANT, DOES 1 through 25, | |
| Defendants. | |

**APPLICATION FOR ORDER EXTENDING TIME
TO COMPLETE SERVICE OF PROCESS**

Plaintiff SVETLANA DIRINA hereby applies for an order extending time to complete service of process. In support thereof, she submits the following declaration of counsel.

**DECLARATION OF JESSE S. KAPLAN**

I, Jesse S. Kaplan, declare as follows:

1) I am the attorney for plaintiff, licensed to practice before this court, and I make this declaration in support of the above request for an order extending time for plaintiff to complete service of process;

1

2) That the complaint tells a nearly two-year story of woe: Plaintiff bought a product called Black Salve through the mail purporting to remove dermatological abnormalities; when she applied it to her nose, this product ate through her nose, causing it to come off; only after some time was she able to locate an appropriate plastic surgeon, an oncological plastic surgeon at UC Davis Medical Center, who in a two-surgery procedure fashioned and vascularized a new nose for her;

3) That plaintiff came to me in late November 2005, just after this second surgery, not far in advance of the two-year anniversary of this injury, with only the SIMPLY-B BOTANICALS name, and a couple of Colorado phone numbers and a post office box there; I agreed to try to identify defendants and file a complaint;

4) That shortly thereafter, plaintiff left for an extended stay in Russia, her native country, which stay was expected to last past the filing of the complaint;

5) That I retained a Colorado private investigator who identified the other defendants named in this complaint and confirmed their apparent residency in Colorado, without providing sufficient information for actual service or much additional information about them;

6) That there were some delays and misunderstandings involved in my communications with plaintiff while she was in Russia, subsequent to my filing the complaint;

7) That eventually plaintiff asked me to wait for her return to discuss further action on the case, as by then she would be back in the Eastern District within a couple of weeks;

8) That, after discussion here, plaintiff authorized me to ask the Colorado private investigator to proceed with identifying addresses for service and other information regarding the defendants;

9) That, for reasons mostly not yet known to me, this process is taking longer than did the first investigation; my office has so far twice contacted the investigator on followup; each time, he indicated he should have information imminently, but it has not yet been received; the first time, he indicated a death in the family had slowed his

progress;

10) That I am not able to proceed with service without further information; I will take two steps immediately: 1) follow up with the investigator a third time, 2) check whether SIMPLY-B BOTANICALS, INC., is a California Corporation that can be served; the investigator determined that it was not a Colorado corporation and that the individually-named defendants resided in California before they resided in Colorado.

I declare under penalty of perjury that the foregoing is true and correct, and that this was executed at Carmichael, California on June 19, 2006.

DATED: June 19, 2006                               /s/   Jesse S. Kaplan

                                                JESSE S. KAPLAN
                                                Attorney for Plaintiff

## ORDER EXTENDING TIME FOR SERVICE

GOOD CAUSE APPEARING from the application and declaration, the court HEREBY EXTENDS TIME FOR SERVICE OF PROCESS for 60 days following the date of this order.

DATED: 6/26/2006

DAVID F. LEVI
United States District Judge

3