1  JESSE S. KAPLAN CSB# 103726
   5441 Fair Oaks Bl. Ste. C-1
2  Carmichael, CA   95608
   (916) 488-3030
3  (916) 489-9297 fax

4  Attorney for Plaintiff
   SVETLANA DIRINA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| SVETLANA DIRINA, | No. 2:06-CV-00303-DFL-DAD |
|---|---|
| Plaintiff, | SECOND APPLICATION AND PROPOSED ORDER TO EXTEND TIME FOR SERVICE |
| v. | |
| SIMPLY-B BOTANICALS, SIMPLY-B BOTANICALS, INC., KIM TILLEY aka KIMBERLY LYNN TILLEY, RONALD N. TILLEY, S.W. BRYANT, DOES 1 through 25, | |
| Defendants. | |

**APPLICATION FOR ORDER EXTENDING TIME
TO COMPLETE SERVICE OF PROCESS**

Plaintiff SVETLANA DIRINA hereby applies for an order extending time to complete service of process. This constitutes a second such application. In support thereof, she submits the following declaration of counsel.

**DECLARATION OF JESSE S. KAPLAN**

I, Jesse S. Kaplan, declare as follows:

1)   I am the attorney for plaintiff, licensed to practice before this court, and I make this declaration in support of the above request for an order extending time for plaintiff

1

       to complete service of process;

2)   As pointed out previously, the complaint describes a sad story of plaintiff's disfigurement because of a product sold by defendants called Black Salve and plaintiff's two-year medical odyssey salvaging her face;

3)   As previously described, plaintiff came to me in late November 2005, just after her second surgery, not far in advance of the two-year anniversary of this injury, with only the SIMPLY-B BOTANICALS name, and a couple of Colorado phone numbers and a post office box there; I agreed to try to identify defendants and file a complaint; shortly thereafter, plaintiff left for an extended stay in Russia, her native country, which stay was expected to last past the filing of the complaint;

4)   I retained one Colorado private investigator who identified the other defendants named in this complaint and confirmed their apparent residency in Colorado, without providing sufficient information for actual service or much additional information about them; I thus was able to name defendants and file the complaint; later, plaintiff returned from Russia, discussed the matter with me, and authorized me to further pursue it;

5)   For reasons still unknown to me, and despite encouraging representations, the first Colorado investigator never completed the second assignment of locating physical addresses for the named defendants and I had to locate and retain a second Colorado investigator to do so; as this was being done, I also provided my usual process server on June 21st with copies of the summons and complaint and asked him to serve defendant Simply-B Botanicals, Inc., if he determined it was a California corporation (it had already been determined not to be a Colorado corporation); this seemed a possibility as the first investigator had turned up a number of previous addresses for two of the three named non-entity defendants in Northern California; subsequently, the second investigator obtained addresses for the three individuals, and these were provided to my process server here on July 13th and 20th;

6)   That, it seemed as if, at the least, service would be complete on the individuals, who

would appear to be the principal defendants, within the time-frame of the previous extension, based on the foregoing timing;

7) That I recently realized no proofs of service had been received and called my process server; I was not able to speak with him until after the Labor Day weekend; he advised that the corporate entity defendant is not a California corporation, either, and that he had some problems with the physical addresses in Colorado for the two individual defendants because they are rural locations in the Rocky Mountains;

8) That I explained and emphasized to my process server that delays were already trying the court's patience; he stated he believed service could now be effected quickly at the physical locations in Colorado.

I declare under penalty of perjury that the foregoing is true and correct, and that this was executed at Carmichael, California on September 6, 2006.

DATED: September 6, 2006           /s/   Jesse S. Kaplan
                                   JESSE S. KAPLAN
                                   Attorney for Plaintiff

### PROPOSED ORDER EXTENDING TIME FOR SERVICE

GOOD CAUSE APPEARING from the application and declaration, the court HEREBY EXTENDS TIME FOR SERVICE OF PROCESS for 45 days following the date of this order. NO FURTHER EXTENSIONS WILL BE GRANTED.

DATED: 9/12/2006

DAVID F. LEVI
United States District Judge

3